UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PENNY CLEMONS**

    **Plaintiff,**

**v.**                          **No. 4:23-cv-00817-P**

**BUNGALOW FURNITURE, LLC,**
**ET AL.**

    **Defendants.**

## ORDER

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Court's Order (ECF No. 30) entered on December 22, 2023, it is **ORDERED** that this case is **DISMISSED with prejudice.**

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **22nd day of December 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE